DANIEL MIGNOGNA, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ALICE MONTWILO, Appellant, v. THEODORA TAMKAWIT and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM MOSKOWITZ, Respondent, v. ANNA COHN, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALIK MUSH, Appellant, v. COMMONWEALTH & DOMINION LINE, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

IRVY MYERS, Respondent, v. NESTLE'S FOOD COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HAROLD F. PARRISH, Respondent, v. STEWART JOHNSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRIET FOSSE, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

GEORGE O. SCHMIDT, Respondent, v. ABRAHAM BLUMENTHAL and Another, Copartners, etc., Appellants, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARTHA A. SCHMIDT, an Infant, by Her Guardian ad Litem GEORGE O. SCHMIDT, Respondent, v. ABRAHAM BLUMENTHAL and Another, Copartners, etc., Appellants, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRED L. STEVENS, Respondent, v. J. VELLETRI, Appellant.— Judgment of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANCES B. EISLER, Appellant, v. BUICK MOTOR COMPANY, Respondent.— Application denied, with ten dollars costs.